Thomas M. Orr, OSB #882824
Email: torr@eugenelaw.com
PO Box 10886
940 Willamette Street, Suite 400
Eugene, OR  97440
Phone:  541-686-9160
Fax:  541-343-8693

Of Attorneys for Defendants

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 12-63884-tmr7 |
| Berjac of Oregon, | Adv. Proc. No. 14-06132-tmr |
| Debtor. | |
| Thomas A. Huntsberger, Trustee of the Chapter 7 Bankruptcy Estate of Berjac of Oregon, | DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES |
| Plaintiff, | |
| v. | |
| Hutchinson, Cox, Coons, Orr & Sherlock P.C. 401K Profit Sharing Plan, | |
| Defendant. | |

For its answer to Plaintiff Thomas A. Huntsberger, Trustee of the Chapter 7 Bankruptcy Estate of Berjac of Oregon's (the "Plaintiff') Complaint (the "Complaint") herein, Defendant Hutchinson, Cox, Coons, Orr & Sherlock P.C. 401K Profit Sharing Plan ("Defendant") admits, denies, and alleges as follows:

HUTCHINSON, COX, COONS, ORR & SHERLOCK, P.C.
ATTORNEYS AT LAW
940 WILLAMETTE STREET, SUITE 400
PO BOX 10886
EUGENE, OR  97440
(541) 686-9160

1.

With respect to Paragraph 1 of the Complaint, Defendant admits the court has jurisdiction over this proceeding and that venue is appropriate in this judicial district. Defendant is without sufficient knowledge or information sufficient to either admit or deny the remaining allegations in Paragraph 1,and therefore denies the same.

2.

With respect to Paragraph 2 of the Complaint, Defendant admits that Berjac of Oregon ("Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code and that case was converted to one under Chapter 7. Defendant is without sufficient knowledge or information sufficient to either admit or deny the remaining allegations in Paragraph 2, and therefore deny the same.

3.

With respect to Paragraph 3 of the Complaint, Defendant admits that Plaintiff has been appointed as the Chapter 7 Trustee, but lacks sufficient knowledge or information sufficient to either admit or deny the remaining allegations in Paragraph 3, and therefore denies the same.

4.

Defendant denies the allegations set forth in Paragraph 4 of the Complaint.

5.

With respect to Paragraph 5 of the Complaint, Defendant admits that Debtor made transfers of property to Defendant on or within ninety (90) days prior to the Petition Date. Defendant denies the remaining allegations contained in Paragraph 5.

6.

With respect to Paragraph 6 of the Complaint, Defendant incorporates by

2 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

HUTCHINSON, COX, COONS, ORR & SHERLOCK, P.C.
ATTORNEYS AT LAW
940 WILLAMETTE STREET, SUITE 400
PO BOX 10886
EUGENE, OR  97440
(541) 686-9160

reference the prior responses to the paragraphs re-alleged, and incorporate such admissions and denials as if set forth in full.

7.

Defendant denies the allegations set forth in Paragraphs 7 and 8 of the Complaint.

8.

With respect to Paragraphs 9 and 10 of the Complaint, Defendant lacks sufficient knowledge or information sufficient to either admit or deny the allegations, and therefore denies the same.

9.

Defendant denies the allegations set forth in Paragraphs 11 and 12 of the Complaint.

10.

With respect to Paragraph 13 of the Complaint, Defendant incorporates by reference the prior responses to the paragraphs re-alleged, and incorporates such admissions and denials as if set forth in full.

11.

Defendant denies the allegations set forth in Paragraph 14 of the Complaint.

12.

Unless expressly admitted above, Defendant denies each and every other allegation of in the Complaint.

/ /

/ /

/ /

/ /

3 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

HUTCHINSON, COX, COONS, ORR & SHERLOCK, P.C.
ATTORNEYS AT LAW
940 WILLAMETTE STREET, SUITE 400
PO BOX 10886
EUGENE, OR  97440
(541) 686-9160

1

**AFFIRMATIVE DEFENSES**

2

**FIRST AFFIRMATIVE DEFENSE**
**(Failure to State a Claim)**

3

**(Fed. R. Bankr. Proc. 7012(b)(6))**

4

13.

5

The Plaintiff has failed to state a claim upon which relief can be granted.

6

**SECOND AFFIRMATIVE DEFENSE**

7

**(Recoupment)**

8

14.

9

Defendant is entitled to recoup deposits made into its investment account held by

10

the Debtor against the Debtor's subsequent claims, as the claims arose out of the same

11

transaction or occurrence.

12

**THIRD AFFIRMATIVE DEFENSE**

13

**(Set Off)**
**(11 U.S.C. § 553)**

14

15.

15

16

Defendant is entitled to set off from any monies to which Plaintiff may recover on

behalf of the Debtor.

17

18

**FOURTH AFFIRMATIVE DEFENSE**
**(Contemporaneous Exchange for New Value)**

19

**(11 U.S.C. § 547(c)(1))**

20

16.

21

One or more of the payments made to Defendant was intended by the Debtor and

22

Defendant to be contemporaneous exchanges for new value given by Defendant to the

23

Debtor and were, in fact, substantially contemporaneous exchanges.

24

//

25

//

26

HUTCHINSON, COX, COONS, ORR & SHERLOCK, P.C.
ATTORNEYS AT LAW
940 WILLAMETTE STREET, SUITE 400
PO BOX 10886
EUGENE, OR  97440
(541) 686-9160

**FIFTH AFFIRMATIVE DEFENSE**
**(Ordinary Course)**
**(11 U.S.C. § 547(c)(2))**

17.

All payments Defendant received from Debtor were payments by Debtor to Defendant of a debt incurred by the Debtor in the ordinary course of business or financial affairs of the Debtor and Defendant.

18.

All payments Defendant received from Debtor were made by Debtor in the ordinary course of business or financial affairs of Debtor and Defendant or were made by Debtor according to ordinary business terms.

**SIXTH AFFIRMATIVE DEFENSE**
**(Mere Conduit)**
**(11 U.S.C. § 550(a))**

19.

At all time material herein, Defendant acted on behalf of the employees and former employees of Hutchinson, Cox, Coons, Orr & Sherlock, P.C., who are the account holders of Defendant.

20.

At all time material herein, Defendant lacked dominion over the funds received from Debtor and as a result, Defendant was a mere conduit of the funds and is not an initial transferee under 11 U.S.C §550(a).

*       *       *       *

HUTCHINSON, COX, COONS, ORR & SHERLOCK, P.C.
ATTORNEYS AT LAW
940 WILLAMETTE STREET, SUITE 400
PO BOX 10886
EUGENE, OR  97440
(541) 686-9160

1    WHEREFORE, Defendant having fully responded to the Plaintiff's Complaint,

2    prays for judgment in its favor on Plaintiff's Complaint in its entirety, for costs and

3    disbursements incurred herein, and for such other and further relief as the Court deems

4    just and equitable.

5

6    DATED this 30th day of September, 2014.

7

8                                    HUTCHINSON, COX, COONS,
                                     DUPRIEST, ORR & SHERLOCK, P.C.

9

10                                   By:  /s/ Thomas M. Orr
                                         _____
11                                       Thomas M. Orr, OSB #882824
                                         Of Attorneys for Defendant
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

HUTCHINSON, COX, COONS, ORR & SHERLOCK, P.C.
ATTORNEYS AT LAW
940 WILLAMETTE STREET, SUITE 400
PO BOX 10886
EUGENE, OR 97440
(541) 686-9160

CERTIFICATE OF SERVICE

1

2          I hereby certify that I served the foregoing DEFENDANT'S ANSWER AND

3   AFFIRMATIVE DEFENSES upon Debtor and Debtor's attorney by causing to be

4   deposited a true, exact, and complete copy thereof in the United States Post Office at

5   Eugene, Oregon on September 30, 2014, enclosed in a sealed envelope, with postage

6   prepaid and addressed to the following at the address stated below:

7   Berjac of Oregon
    PO Box 40266
8   Eugene, OR 97404
            *Debtor*
9

10  Keith Y. Boyd, Esq.
    The Law Offices of Keith Y. Boyd
11  724 S. Central Avenue, Suite 106
    Medford, OR 97501
12  ecf@boydlegal.net
            *Of Attorneys for Debtor*
13

14          I hereby also certify that I served the foregoing DEFENDANT'S ANSWER AND

15  AFFIRMATIVE DEFENSES upon the attorneys for Plaintiff via ECF and by causing to be

16  deposited a true, exact, and complete copy thereof in the United States Post Office at

17  Eugene, Oregon on September 30, 2014, enclosed in a sealed envelope, with postage

18  prepaid and addressed to the following at the address stated below:

19  Thomas A. Gerber, Esq.
    Brent G. Summers, Esq.
20  150 S.W. Harrison Street, Suite 200
    Portland, OR 97201
21  tom.gerber@tnslaw.net
    brent.summers@tnslaw.net
22          *Of Attorneys for Plaintiff*

23

24                          By:    /s/ Thomas M. Orr
                                  _____
25                                Thomas M. Orr, OSB #882824
                                  Of Attorneys for Defendants
26

1 – CERTIFICATE OF SERVICE

HUTCHINSON, COX, COONS, ORR & SHERLOCK, P.C.
ATTORNEYS AT LAW
940 WILLAMETTE STREET, SUITE 400
PO BOX 10886
EUGENE, OR 97440
(541) 686-9160